# EXHIBIT 2



**NYSNA@TBHC** — New York State Nurses Association — **OCTOBER 2018**

# Nurses Furious at Verbally Abusive CEO In Patient-Care Areas

### AN OPEN LETTER TO NYSNA MEMBERS AND OUR CO-WORKERS AT TBHC

On October 22 at 7:30AM, the staff of Unit 6B was visited by TBHC Administration as part of a series of "unit town halls". This mandatory gathering was led by CEO Terranonni and included CNO Healy-Rodriguez, COO Aulicino and various department heads. Mr. Terranonni told staff that administration is traveling through the hospital "to update you on what's going on". He spoke of the struggles of an independent facility, but also shared some "good budgetary news" in his report.

The 6B nurses had either just completed a 12-hour shift or were preparing to begin one; <u>meds were not yet administered</u>, and the Night shift <u>hadn't had the chance to give report</u> to Days. Terranonni noted that the staff wore blank expressions and asking why no one had a response for him. "Are you all tired?".

The CEO then singled out a veteran RN, demanding she respond. She became uncomfortable and politely declined, but after being prodded multiple times, finally stated, <u>"**The number one problem is short staffing. We need help**"</u>.

The staff was shocked when Terranonni dismissed her, pointing his finger, stating, *"That's what I'm talking about –look at your attitude.* **Then you don't need to be here—GO FIND ANOTHER JOB**". The Nurse retorted: "Mr. Terranonni, I've been here 13 years", and he again cut her off, stating: "I don't care if you've been here ten years or 30 years. You can leave if you don't like it here". He then said to the group, "Anyone can leave if they don't like it". Shaken, the RN then offered, "You picked on me—I didn't want to speak". Terranonni intolerantly waved his hand and said "Enough." to a professional registered nurse—the front line of his <u>business</u>—whose dedication to patients and the facility have never been questioned. This man humiliated her and spoke loudly and in a threatening manner in front of two shifts of employees and upper management- <u>all in a patient care area</u>. The attacked RN began to cry out of fear and frustration, and she wasn't alone in this response. It was a terrible experience for all of the employees present.

NYSNA is currently investigating this matter for Workplace Violence and a possible Unfair Labor Practice. Contact any member of the NYSNA LBU Executive Committee or NYSNA Rep John Pietaro (text 646-761-8822) if management tries to hold a captive audience meeting in your area. **Remember, this CEO is the same man who told us "I'm a numbers person, not a patient person"**. We cannot allow such disrespect to continue.

In Solidarity,

**NYSNA TBHC Local Bargaining Unit Executive Committee**