# EXHIBIT 3

Case 1:20-cv-01421-ENV-PK   Document 1-3   Filed 03/17/20   Page 2 of 3 PageID #: 37

$1.50 - NYDailyNews.com

METRO FINAL

# DAILY NEWS

NEW YORK'S HOMETOWN NEWSPAPER

Friday, November 23, 2018

## Trailblazing pol Peralta, 47, dies; wife tells of doc visit, shocking turn

Jose Peralta, the first Dominican-American elected to state Senate, suddenly died Thursday.

PAGE 8

# T'GIVING TRAGEDY

2 Friday, November 23, 2018

**DAILY NEWS**

99 YEARS PROUD

EDITOR-IN-CHIEF
**Robert York**
ryork@nydailynews.com

CITY EDITOR
**Ginger Adams Otis**
gotis@nydailynews.com

NATIONAL EDITORS
**Ginnie Teo**
gteo@nydailynews.com

**Dan Good**
dgood@nydailynews.com

SPORTS EDITOR
**Eric Barrow**
ebarrow@nydailynews.com

EDITORIAL EDITOR
**Josh Greenman**
jgreenman@nydailynews.com

PHOTO EDITOR
**Kevin MacDonald**
kmacdonald@nydailynews.com

PRINT EDITOR
**Edward Glazarev**
eglazarev@nydailynews.com

HOME DELIVERY
Call 800-692-6397 (NEWS)
or mail to DAILY NEWS L.P.
Circulation Fulfillment,
125 Theodore Conrad Drive,
Jersey City, NJ, 07305.

GOT A STORY? CALL
212-210-NEWS...
GOT A PHOTO? E-MAIL
DESK@DAILYNEWSPIX.COM

| | |
|---|---|
| Daily News | (212) 210-2100 |
| News Tips | (212) 210-NEWS |
| Classified Ads | (212) 210-2111 |
| Advertising | (212) 210-2004 |
| Newsstand Circulation | (212) 681-1300 |
| Education (NIE) | (212) 210-2924 |
| Home Delivery | (800) 692-NEWS |

NEW YORK LOTTERY:
Evening: 205 Win 4: 0541
Midday: 350 Win 4: 1424
Pick 10: 2-7-10-12-14-18-23-24-
28-35-43-47-50-59-60-62-
67-71-74-79
Cash 4 Life: 18-24-41-43-55
Cash Ball: 4
**Wednesday's Numbers**
Lotto: 9-24-34-35-67-58 Bonus: 33
Take 5: 5-7-19-17-26

NEW JERSEY LOTTERY:
Evening Pick 3: 819 Pick 4: 8977
Midday Pick 3: 806 Pick 4: 2784
Cash 5 Xtra: 5-19-21-38-40 x2
Pick 6 Xtra: 13-25-27-34-36-45 x1
**LOTTERY HOTLINE:
1-800-448-4000**



Coler Hospital, on the north end of Roosevelt Island, is the only 24-hour-care facility there.

# Hosp target?

## Talk of closing last option on R'velt I.

**EXCLUSIVE**

BY MICHAEL GARTLAND
NEW YORK DAILY NEWS

Public hospital officials are seriously considering the closure of at least one of the city's five long-term care facilities, according to two people with knowledge of city Health and Hospital Corp's plans.

Possibly on the chopping block is Coler Hospital, located on Roosevelt Island's northern end, which would mean that 594 patients now staying at the 24-hour-a-day, 815-bed facility would have to be transferred elsewhere.

Talks about the possible closure are taking place at the highest levels of HHC, and involve the network's CEO, Mitchell Katz, one source said.

Administrators who work at Coler "keep talking about how this may happen," said another. "The future is uncertain – that's what we keep being told by the hospital administration," the source said. "It's not a secret."

A third source said an HHC proposal to convert Coler from an inpatient facility to one primarily focused on outpatient care began circulating about a year ago.

The proposal also mentioned Coney Island Hospital as a potential candidate for downsizing, according to the source.

"It's the way a lot of hospitals are going to save money," the source said, adding that HHC needs to get its "financial house in order."

After the 2013 closure of the Goldwater campus of Coler-Goldwater Hospital on the island's southern end to make way for the construction of Cornell University's new graduate school of technology, Coler became the only health care facility that offers round-the-clock care there.

Asked whether HHC officials have discussed plans to shut down Coler, HHC spokesman Robert de Luna didn't directly respond.

HHC does not share brainstorming or planning information publicly, he said.

Founded as the Bird S. Coler Hospital in 1952, the publicly owned and operated facility now specializes in short-term rehabilitation and long-term nursing for people who can no longer take care of themselves on their own.

Downsizing Coler or shutting it down altogether would give the city the option of selling off some or all of the real estate it now occupies. The site is just 2 miles from the site of the recently announced new Amazon headquarters, which will surely boost its value.

For HHC, which is facing up to a $1.6 billion budget shortfall in 2019, selling the land could help stabilize its beleaguered finances.

But Judy Wessler, a health advocate and former director of the citywide Commission on the Public's Health System, said despite HHC's poor finances, closing Coler is still "a terrible idea."

"You don't change what works. Coler works," she said. "There's gotta be a damn good reason to do it if it's going to be done."

Manhattan Borough President Gale Brewer is also opposed to shutting down Coler.

"I don't want to close it," she said, but added if it does close, the land should be used for "100% affordable housing."

De Luna said HHC has no intention of closing any hospital, while also noting that Coler is a post-acute care facility, not a hospital. "We are committed to maintaining and improving our post-acute care services and have no plans to reduce services," he said.

---

# CEO slam on nurse riles union

BY MICHAEL GARTLAND
NEW YORK DAILY NEWS

A Brooklyn Hospital Center exec has been accused of dressing down a roomful of overworked nurses, bringing some to tears, and now their union is demanding an apology – or else.

Brooklyn Hospital CEO Gary Terrinoni, along with several other execs and department heads, were updating the nursing staff about the hospital's future a month ago when Terrinoni launched into what sources described as a nasty diatribe.

"Are you all tired?" Terrinoni mockingly asked the nurses, according to a letter distributed by the New York State Nurses Association.

When no spoke up, Terrinoni singled out one veteran RN, who at first politely tried to deflect his question. After more prodding, she answered that the biggest problem they faced was understaffed shifts.

"That's what I'm talking about! Look at your attitude!" Terrinoni allegedly erupted. "Then you don't need to be here. Go find another job!"

When the 13-year Brooklyn Hospital vet noted she had more than a decade on the job, Terrinoni only grew more agitated, the union said.

"I don't care if you've been here 10 years or 30 years," he allegedly said. "You can leave if you don't like it here."

The exchange took place as the nurses union and management are in contract talks.

Wendyann McGuire, who has worked as a nurse at Brooklyn Hospital for the last three years, witnessed the exchange and said the target of Terrinoni's ire is now looking for a new job.

"She's still hurt," McGuire said. "She was really embarrassed."

McGuire added it doesn't help that the hospital has been short-staffed for about a year.

"If someone is out sick, you work short. If someone is on vacation, you work short. There is nobody to replace them," she said. "It sounded like he didn't appreciate our efforts."

John Pietaro, nurses union rep at the hospital, said the outburst has sent morale into a tailspin and demanded that Terrinoni apologize to the staff publicly. If he doesn't, Pietaro said the union would take a "series of actions," one of which could be having local officials tour the hospital.

Brooklyn Hospital did not respond to calls. Terrinoni could not be reached.