UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

| | |
|---|---|
| ESTHER BUCHBINDER AS EXECUTRIX OF THE ESTATE OF IRWIN STANLEY BUCHBINDER a/k/a SHALOM BUCHBINDER, M.D., <br><br> Plaintiff <br><br> v. <br><br> GARY TERRINONI, THE BROOKLYN HOSPITAL CENTER, CARLOS P. NAUDON, ANNE ELIZABETH FONTAINE, MARIA FIORINI RAMIREZ, CALVIN J. SIMONS, MD, ALIREZA ESMAELIZADEH, GALE STEVENS-HAYNES, JOEL LEITNER and JOHN DOES No. 1-5 <br><br> Defendants. | ECF CASE <br><br> Civil Action No. 1:20-cv-01421 (ENV) (PK) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

----------------------------------------x

THE MATTER, having been opened to the Court by Ruskin Moscou Faltischek, P.C., attorneys for plaintiff Esther Buchbinder, and the matter having been amicably resolved by the parties, it is hereby stipulated and agreed by and between the undersigned that the Complaint in the above-captioned case is hereby dismissed in its entirety with prejudice as against all parties and without costs against any party.

RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza, East Tower, 15th Floor
Uniondale, New York 11556
Attorneys for Plaintiff
Esther Buchbinder as Executrix
of the Estate of Irwin Stanley
Buchbinder a/k/a Shalom
Buchbinder, M.D.

By: _____
    MATTHEW BRYANT

FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, New York 10036
Attorneys for Defendants
The Brooklyn Hospital Center, Gary Terrinoni,
Alireza Esmaeilzadeh, Anne Elizabeth Fontaine,
Gale Stevens Haynes, Joel Leitner, Maria Fiorini
Ramirez, Carlos Naudon and Calvin Simons

By: _____
    LYNNE ANNE ANDERSON

133206906