UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ESTHER BUCHBINDER AS EXECUTIX OF, THE ESTATE OF IRWIN STANLEY BUCHBINDER a/k/a SHALOM BUCHBINDER, M.D., | ECF CASE<br><br>Civil Action No. 1:20-cv-01421 (ENV) (PK)<br><br>**CERTIFICATE OF SERVICE** |

                Plaintiff

   v.

GARY TERRINONI, THE BROOKLYN HOSPITAL CENTER, CARLOS P. NAUDON, ANNE ELIZABETH FONTAINE, MARIA FIORINI RAMIREZ, CALVIN J. SIMONS, MD, ALIREZA ESMAELIZADEH, GALE STEVENS-HAYNES, JOEL LEITNER and JOHN DOES No. 1-5

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I certify that on this day I caused a Stipulation of Dismissal With Prejudice and Without Costs, and this Certificate of Service to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the Eastern District of New York and/or the District's Rules on Electronic Service. Specifically, I caused plaintiff to be served via ECF filing. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Florham Park, New Jersey       FAEGRE DRINKER BIDDLE & REATH LLP
       September 27, 2021

                                               By:   */s/ Lynne Anne Anderson*
                                                      Lynne Anne Anderson
                                                       600 Campus Drive
                                                       Florham Park, New York 07932
                                                       Telephone: (973) 549-7140
                                                       Facsimile: (973) 360-9831
                                                       lynne.anderson@faegredrinker.com
                                                       Attorneys for Defendants

134237030