UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ESTHER BUCHBINDER AS EXECUTRIX OF
THE ESTATE OF IRWIN STANLEY
BUCHBINDER a/k/a SHALOM BUCHBINDER,
M.D.,

                     Plaintiff

     v.

GARY TERRINONI, THE BROOKLYN
HOSPITAL CENTER, CARLOS P. NAUDON,
ANNE ELIZABETH FONTAINE, MARIA
FIORINI RAMIREZ, CALVIN J. SIMONS, MD,
ALIREZA ESMAELIZADEH, GALE
STEVENS-HAYNES, JOEL LEITNER and
JOHN DOES No. 1-5

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

Civil Action No. 1:20-cv-01421 (ENV) (PK)

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND
WITHOUT COSTS**

Application Granted
**SO ORDERED**
Brooklyn, New York
Dated: _____ 9/28/2021

/s/ Eric N. Vitaliano
**Eric N. Vitaliano
United States District Judge**
*THE CLERK OF THE COURT IS
DIRECTED TO CLOSE THIS CASE.*

THE MATTER, having been opened to the Court by Ruskin Moscou Faltischek, P.C.,

attorneys for plaintiff Esther Buchbinder, and the matter having been amicably resolved by the

parties, it is hereby stipulated and agreed by and between the undersigned that the Complaint in

the above-captioned case is hereby dismissed in its entirety with prejudice as against all parties

and without costs against any party.

RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza, East Tower, 15th Floor
Uniondale, New York 11556
Attorneys for Plaintiff
Esther Buchbinder as Executrix
of the Estate of Irwin Stanley
Buchbinder a/k/a Shalom
Buchbinder, M.D.

By: _____
     MATTHEW BRYANT

FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, New York 10036
Attorneys for Defendants
The Brooklyn Hospital Center, Gary Terrinoni,
Alireza Esmaeilzadeh, Anne Elizabeth Fontaine,
Gale Stevens Haynes, Joel Leitner, Maria Fiorini
Ramirez, Carlos Naudon and Calvin Simons

By: _____
     LYNNE ANNE ANDERSON

133206906

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ESTHER BUCHBINDER AS EXECUTIX OF, THE ESTATE OF IRWIN STANLEY BUCHBINDER a/k/a SHALOM BUCHBINDER, M.D., | **ECF CASE** |

ESTHER BUCHBINDER AS EXECUTIX OF,        **ECF CASE**
THE ESTATE OF IRWIN STANLEY
BUCHBINDER a/k/a SHALOM BUCHBINDER,       Civil Action No. 1:20-cv-01421 (ENV) (PK)
M.D.,

                                          <u>**CERTIFICATE OF SERVICE**</u>

                    Plaintiff

        v.

GARY TERRINONI, THE BROOKLYN
HOSPITAL CENTER, CARLOS P. NAUDON,
ANNE ELIZABETH FONTAINE, MARIA
FIORINI RAMIREZ, CALVIN J. SIMONS, MD,
ALIREZA ESMAELIZADEH, GALE
STEVENS-HAYNES, JOEL LEITNER and
JOHN DOES No. 1-5

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   I certify that on this day I caused a Stipulation of Dismissal With Prejudice and Without Costs, and this Certificate of Service to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the Eastern District of New York and/or the District's Rules on Electronic Service. Specifically, I caused plaintiff to be served via ECF filing.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Florham Park, New Jersey   FAEGRE DRINKER BIDDLE & REATH LLP
   September 27, 2021

            By: */s/ Lynne Anne Anderson*
              Lynne Anne Anderson
              600 Campus Drive
              Florham Park, New York 07932
              Telephone:  (973) 549-7140
              Facsimile:  (973) 360-9831
              lynne.anderson@faegredrinker.com
              Attorneys for Defendants

134237030